================================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

## _NORTHERN_ DISTRICT OF _NEW YORK_

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO 9:08-CV-0150 (LEK)**

**VERGIL MCBEAN,**

                Petitioner,

  -against-

**WARDEN, Superintendent,**

                Respondent.

_____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__ **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is **DISMISSED** and judgment is entered in favor of the respondent as against the petitioner, in accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated December 09, 2008.

DATE: _December 09, 2008_

_LAWRENCE K. BAERMAN_
CLERK OF THE COURT

*Scott A. Snyder*
**Courtroom Deputy to the**
**Honorable Lawrence E. Kahn**